UNITED STATES DISTRICT COURT

EASTERN  District of  CALIFORNIA

| | |
|---|---|
| LUCIA R. DAVIS,<br>           Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>           Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE     1:12-CV-00788-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X GRANTED.

    X The clerk is directed to file the complaint.

    X IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this  15TH  day of  May , 2012 .

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer