UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| LUCIA R. DAVIS, <br>       Plaintiff <br><br> V. | **ORDER ON APPLICATION** <br> **TO PROCEED WITHOUT** <br> **PREPAYMENT OF FEES** |
| COMMISSIONER of SOCIAL SECURITY, <br>       Defendant | CASE     1:12-CV-00788-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this ___15^TH___ day of _____May_____, __2012__.

                         /s/ Barbara A. McAuliffe
                        Signature of Judicial Officer

                    BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                        Name and Title of Judicial Officer