BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LUCIA DAVIS, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____ ) | Case No. 1:12-cv-00788-BAM <br><br> STIPULATION AND PROPOSED ORDER FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Remand is required because the administrative law judge (ALJ) relied on a medical source opinion that is incomplete and has pages missing. On remand, the administrative law judge (ALJ) will fully develop the record and offer the claimant an opportunity for a new hearing. The ALJ will attempt to contact the medical sources for clarification of their opinions; will further evaluate the claimant's impairments and subjective complaints; will determine the claimant's residual functional capacity, with consideration of the opinions and evidence of record; and issue

a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner. The parties agree that no aspect of the Commissioner's final decision is affirmed and that the ALJ will render a *de novo* decision on remand. Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted September 11, 2012.

Respectfully submitted,

Dated: September 11, 2012          */s/ Brian Shapiro*
                                   (As authorized via email)
                                   BRIAN SHAPIRO
                                   Attorney for Plaintiff


                                   BENJAMIN B. WAGNER
                                   United States Attorney

Date: September 11, 2012           By */s/ Daniel P. Talbert*
                                   DANIEL P. TALBERT
                                   Special Assistant U. S. Attorney

                                   Attorneys for Defendant Michael J. Astrue

## ORDER

Based on the Stipulation of the parties (Doc. 11), this action is hereby remanded to the Commissioner of Social Security for further administrative action in a manner consistent with the above Stipulation.

IT IS SO ORDERED.

**Dated:   September 11, 2012**              **/s/ Barbara A. McAuliffe**
                                             UNITED STATES MAGISTRATE JUDGE