1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
       160 Spear Street, Suite 800
6      San Francisco, California 94105
       Telephone:  (415) 977-8926
7      Facsimile:  (415) 977-8873
8      E-Mail: Daniel.Talbert@ssa.gov
9
   Attorneys for Defendant
10                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
11                     SACRAMENTO DIVISION
12
   LUCIA DAVIS,                   )      Case No. 1:12-CV-00788-BAM
13        Plaintiff,              )
                                  )
14 v.                             )      STIPULATION AND ORDER FOR
                                  )      THE AWARD OF ATTORNEY FEES PURSUANT
15                                )      TO THE EQUAL ACCESS TO JUSTICE ACT,
   MICHAEL J. ASTRUE,             )      28 U.S.C. § 2412(d)
16 Commissioner of Social Security, )
17        Defendant.              )
                                  )
   _____ )
18

19        IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

21 EAJA in the amount of SIX HUNDRED SEVENTY-FIVE dollars and 0 cents ($675.00).  This

22 amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by

23 counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

24        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

25 attorney fees and expenses, and does not constitute an admission of liability on the part of

26 Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release

27 from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

28 EAJA attorney fees and expenses in connection with this action.

1

1    Following the issuance of an order by the Court, the United States Department of the

2 Treasury will determine whether Plaintiff owes a government debt and take appropriate action

3 according to its own statutes and regulations, as permitted by Astrue v. Ratliff, 130 S.Ct. 2521

4 (2010).  If no debt is owed, then the Government will accept Plaintiff's assignment of EAJA fees

5 and make the check payable to the Law Offices of Lawrence D. Rohlfing, counsel for Plaintiff.

6    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

7 Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

8    Respectfully submitted September 12, 2012.

9 Dated: September 12, 2012                    /s/ Brian Shapiro

10                                              (As authorized via email)
                                                BRIAN SHAPIRO
11                                              Attorney for Plaintiff

12

13                                              BENJAMIN B. WAGNER
                                                United States Attorney
14

15 Date: September 12, 2012            By s/ Daniel P. Talbert
                                                DANIEL P. TALBERT
16                                              Special Assistant U. S. Attorney

17
                                                Attorneys for Defendant Michael J. Astrue
18

19

20                                   ORDER

21    The above Stipulation (Doc. 14) is approved.  Plaintiff is awarded attorney fees under the

22 EAJA in the amount of SIX HUNDRED SEVENTY-FIVE dollars and ZERO cents. ($675.00.)

23
      IT IS SO ORDERED.
24

25 Dated:    September 13, 2012                /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28

2